**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROOR INTERNATIONAL BV and
SREAM, INC.,

        Plaintiffs,

v.                                                          Case No:  6:19-cv-704-Orl-40LRH

PUFF SMOKE SHOP, LLC and
SUNETTE ELKHALDI,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiffs' Motion for Default Final Judgment Against All Defendants (Doc. 24), filed on July 22, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed September 20, 2019 (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiffs' Motion for Default Final Judgment Against All Defendants (Doc. 24) is **GRANTED in part** as set forth in the Report and Recommendation (Doc. 26).

3.      The Clerk is **DIRECTED** to enter judgment in favor of Plaintiffs in accordance with the Report and Recommendation (Doc. 26).

**DONE AND ORDERED** in Orlando, Florida on October 8, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties