# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

        Plaintiffs,

v.                                     Case No:   6:19-cv-704-PGB-LHP

PUFF SMOKE SHOP, LLC and
SUNETTE ELKHALDI,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR WRIT OF GARNISHMENT** (Doc. No. 31)
>
> **FILED:** December 10, 2024
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiffs include a proposed writ with the motion that is directed to property of both Defendants collectively, and Plaintiffs have not established that such procedure is proper.  Doc. No. 31-1.  Absent authority in support, the Court will

require Plaintiffs to submit separate writs of garnishment as it relates to Puff Smoke Shop, LLC and Sunette Elkhaldi.

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties