UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

        Plaintiffs,

v.                                    Case No:   6:19-cv-704-PGB-LHP

PUFF SMOKE SHOP, LLC and
SUNETTE ELKHALDI,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR WRIT OF GARNISHMENT**   (Doc. No. 33)
>
> **FILED:**     December 11, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On October 10, 2019, a final default judgment was entered in favor of Plaintiffs and against Defendants in the total amount of $15,576.90.  Doc. No. 28, *see also* Doc. Nos. 26–27.  Plaintiffs now seek a writ of garnishment to be issued

- 2 -

against garnishee Wells Fargo Bank, N.A., as it relates to Defendant Sunette Elkhaldi.  Doc. Nos. 33, 33-1.  Upon review, the motion (Doc. No. 33) is **GRANTED**, and the Clerk of Court is **DIRECTED** to issue the proposed writ (Doc. No. 33-1).  *See* Fed. R. Civ. P. 69(a); Fla. Stat. §§ 77.01, 77.03, 77.04, 77.041.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties